### Billie J. SPAID, Appellant,

v.

### STATE of Missouri, Respondent.

### WD 79332

Missouri Court of Appeals, Western District.

ORDER FILED: January 31, 2017

Margaret M. Johnston, Columbia, MO, for appellant.

Mary H. Moore, Jefferson City, MO, for respondent.

Before Division Three: Karen King Mitchell, Presiding Judge, Victor C. Howard, Judge and Gary D. Witt, Judge

### ORDER

Per curiam:

Appellant Billie J. Spaid ("Spaid") was convicted following a guilty plea of two counts of statutory rape in the second degree, enticement of a child, statutory sodomy in the second degree and endangering the welfare of a child. Spaid appeals the denial of his Rule 24.035 motion following an evidentiary hearing. For reasons explained more fully in a memorandum provided to the parties, we affirm. Rule 84.16(b).